CHARLES R. ROSS, Respondent, *v.* BAYER-GARDNER-HIMES COMPANY, Appellant.

*Ross* v. *Bayer-Gardner-Himes Co.*, 108 App. Div. 366, affirmed.
(Argued December 6, 1906; decided December 21, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon an agreement by a tenant to pay for certain work performed upon the premises, such payments, by consent of the owner, to be in lieu of rent.

*George A. McLaughlin, Charles B. Blair* and *Franklin D. Peale* for appellant.

*John Aitken* for respondent.

*Andrew J. Skinner* for Old Colony Realty Corporation, assignee.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.